IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHYLLIS DRUMMOND, )
)
      Petitioner, )
)
v. ) Civil Action No. 07-58-***
)
PATRICK RYAN, )
Warden, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
)
      Respondents. )

FILED
FEB 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AEDPA ELECTION FORM

Bo scanned

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). *See Swartz v. Meyers*, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*[signature]*
Petitioner

PHYLLIS Drummond
666 BAYLOR BLVD
NEW CASTLE DE 19720

WILMINGTON DE 197
20 FEB 2007 PM 3 L

OFFICE of the CLERK
UNITED STATES DISTRICT COURT
844 N. King STREET, LOCKBOX 18
WILMINGTON DE 19801-3570

THIS LETTER WAS SENT BY AN INMATE AT THE DELORES J BAYLOR WOMEN'S CORRECTIONAL INSTITUTION. THE PRISON IS NOT RESPONSIBLE FOR DEBTS INCURRED OR THE CONTENTS OF THIS LETTER OR PACKAGE.