D.I. #_____

# CIVIL ACTION NUMBER: 07cv58

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™ CA 07-58 xxx**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here — WILMINGTON DE RODNEY SQ — MAR 19 2007

Article number: 7007 1680 0002 2585 9066

Patrick Ryan
Warden
Delores J. Baylor Women's Correctional I
660 Baylor Boulevard
New Castle, DE 19720

---

**U.S. Postal Service™ 07-58xxx**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here — WILMINGTON DE RODNEY ST 19801 — MAR 19 2007

Article number: 7007 1680 0002 2585 9059

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON DE 19801

PS Form 3800, June 2002    See Reverse for Instructions