United States District Court

For the District of Delaware



Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 07cv58***

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  3-20 |
| 1. Article Addressed to:<br><br>Patrick Ryan<br>Warden<br>Delores J. Baylor Women's Correctional I<br>660 Baylor Boulevard<br>New Castle, DE 19720<br><br>07cv58 *** | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. ___ Type<br>☐ ed Mail   ☐ Express Mail<br>☐ ered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0002 2585 9066 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED MAR 21 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE