IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PHYLLIS DRUMMOND**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-58-*** |
| | : | |
| **PATRICK RYAN**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1. The petitioner, Phyllis Drummond, has applied for federal habeas relief challenging her 2004 conviction and sentence for first degree robbery and wearing a disguise during the commission of a felony. D.I. 1. The undersigned filed an answer to the petition on July 6, 2007.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before August 17, 2007.

4. Respondents submit that an extension of time to August 17, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: July 6, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  July 6, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PHYLLIS DRUMMOND**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 07-58-*** |
| : | |
| **PATRICK RYAN**, Warden, : | |
| and **JOSEPH R. BIDEN, III**, Attorney : | |
| General of the State of Delaware, : | |
| : | |
| Respondents. : | |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before August 17, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 6, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on July 6, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Phyllis Drummond.
SBI No. 241930
Women's Correctional Institute
660 Baylor Blvd.
New Castle, DE 19720

                                    /s/ Elizabeth R. McFarlan
                                    Deputy Attorney General
                                    Department of Justice
                                    820 N. French Street
                                    Wilmington, DE 19801
                                    (302) 577-8500
                                    Del. Bar. ID No. 3759
                                    elizabeth.mcfarlan@state.de.us