IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHYLLIS DRUMMOND

    Petitioner

                                  Civ. Act. No. 07-58-***

V.

PATRICK RYAN, Warden,
and JOSEPH R. BIDEN, III, Attorney
General of the State of Delaware,

    Respondents



BD scanned

MOTION REQUESTING DENIAL OF EXTENSION
OF TIME TO FILE CERTIFIED STATE COURT RECORDS

The petitioner, Phyllis Drummond respectfully requests that the Court deny the States motion for an extension of time dated July 6, 2007, for the following reasons.

1. The state has been granted two extensions within the last sixty days.

2. The prosecutor has had well over ninety days to retrieve the documents, since the show cause was so ordered.

3. The petitioner has anticipated the states complete answer in good faith since March 15, 2007, and states that another delay is unreasonable.

Therefore Petitioner, Phyllis Drummond requests the Court to deny the states motion dated July 6, 2007, for extention of time be denied.

*Phyllis Drum*———
BWCI
660 Baylor Boulevard
New Castle, DE 19720

July 10, 2007
DATE

## CERTIFICATE OF SERVICE

I Phyllis Drummond swear under penalty of the law, that I have mailed an exact copy of this motion by the U.S. Service to the following:

Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

July 10, 2007
DATE

Phyllis Drummond
BWCI
660 Baylor Boulevard
New Castle, DE 19720

PHYLLIS DRUMMOND
660 BAYLOR BLVD
NEW CASTLE DE 19720



WILMINGTON DE 197
17 JUL 2007 PM 1 T

HONORABLE MARY PAT THYNGE
US MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
844 N KING STREET LOCKBOX 18
WILMINGTON DE 19801-3570