August 27, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lock 18
Wilmington, DE 19801



Phyllis Drummond v. Patrick Ryan, Warden, and Joseph R. Biden, III, Attorney General of the State of Delaware

Civ. Act. No. 07-58 ***

To whom this may concern:

I am writing in reference to how many more extentions are allowed to be granted in my case, and why I have not had an opportunity to oppose to neither. I have been very patient in this whole process but now I need some clarity.

Thank you, for your time and consideration in this matter. I greatly appreciate your response.

Sincerely Yours

Phyllis Drummond
Pro Se

