IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PHYLLIS DRUMMOND,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-58-*** |
| | : | |
| **PATRICK RYAN, Warden,** | : | |
| **and JOSEPH R. BIDEN, III, Attorney** | : | |
| **General of the State of Delaware,** | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 530, 2004)

    b. State's Answering Brief & Appendix (No. 530, 2004)

    c. Order (Aug. 24, 2005) (No. 530, 2004).

2. Notice is also hereby given that certified copies of the Delaware Superior Court Criminal Docket in ID 0311018699A and defense counsel's affidavit (Del. Super. Ct. D.I. 86) have been manually filed with the Court and are available in paper form only.

                                              /s/ Elizabeth R. McFarlan
                                              Deputy Attorney General
                                              Department of Justice
                                              820 N. French Street
                                              Wilmington, DE 19801
                                              (302) 577-8500
                                              Del. Bar. ID No. 3759
                                              elizabeth.mcfarlan@state.de.us

September 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on September 11, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Phyllis Drummond
    SBI No. 241930
    Women's Correctional Institute
    660 Baylor Blvd.
    New Castle, DE 19720

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us