OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2008

TO:

**Phyllis Drummond**
SBI# 241930
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

*RE:  Status of CA 07-58 \*\*\**

Dear Ms. Drummond:

    This office received a letter from you requesting the status of your Habeas Petition. Your case is assigned to the vacant judgeship and has been referred to Magistrate Judge Mary Pat Thynge and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

cc: MLG

PETER T. DALLEO
CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2008

TO:

**Phyllis Drummond**
SBI# 241930
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

*RE: Status of CA 07-58 \*\*\**

Dear Ms. Drummond:

    This office received a letter from you requesting the status of your Habeas Petition. Your case is assigned to the vacant judgeship and has been referred to Magistrate Judge Mary Pat Thynge and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

cc: MLG

PETER T. DALLEO
CLERK