IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHYLLIS DRUMMOND,
  Petitioner

V.
PATRICK RYAN
WARDEN, AND ATTORNEY
GENERAL OF THE STATE
OF DELAWARE,
  Respondents

Civil Action No 07-58



ENTRY FOR SUMMARY JUDGMENT

Petitioner Phyllis Drummond, is hereby entering a motion for Summary Judgment, under Federal Rules of Criminal Procedure, and or apart from state statues or rules, plain errors or defects affecting substantial right may be noticed although they were not brought to the attention of the trial court.

A clear and unequivocal rule of law was violated. I was tried and convicted by an all white jury. this seriously affected the fairness, integrity, and public reputation of judicial proceedings. The error is grave and serious as to strike at the very heart of my constitutional rights, it also affects the fair administration of justice.

SUMMARY JUDGMENT IS HEREBY entered by the said petitioner this the 15th day of June, 2008

Date: June 15, 2008

/s/ Phyllis Drummond
PRO SE
PHYLLIS DRUMMOND
660 BAYLOR BLVD
NEW CASTLE DE
19720

