July 22, 08

Clerk of Court
Lockbox 18
844 King Street
U.S Court house
Wilmington De 19801



RE: Status of CA 07-58 ***

Dear Honorable Judge Sue L. Robinson

    I received a letter back in February, 2008 stating that my case is reassigned from the Vacant Judgeship to you. I haven't heard or received anything after. So I am asking for an update on my Habeas petition.

    I also submitted a Summary Judgment in June, 2008 and would appreciate an update on that also. However, I don't want to seem inpatient, I just need to know what steps I have to take next in order to gain my freedom. My family needs me, it's getting too hard for them

    Please accept my appreciation, as well as my gratitude for your time and patient in this matter.

Sincerely Yours
Phyllis Drummond

PHYLLIS DRUMMOND
660 BAYLOR BLVD
NEW CASTLE DE 19720

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET LOCKBOX 18
WILMINGTON DELAWARE 19801-3570

