IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYLLIS DRUMMOND, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ. No. 07-58-SLR ) |
| PATRICK RYAN, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE | ) ) ) ) ) |
| Respondents. | ) ) |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Phyllis Drummond's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED and the relief requested therein is DENIED. (D.I. 1; D.I. 8)

2. Petitioner's "motion for summary judgment," which the court construes as a "motion to amend," is DENIED. (D.I. 25)

3. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: August 21, 2008

_____
UNITED STATES DISTRICT JUDGE